Approved: _____
Lindsey Keenan
Assistant United States Attorney

Before:   THE HONORABLE STEWART D. AARON
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - x

18 MAG 10929

UNITED STATES OF AMERICA          :
                                  :   18 Mag.
        - v. -                    :
                                  :   RULE 5(c)(3)
GREGORY ALAN RITTER,              :   AFFIDAVIT
                                  :
               Defendant.         :

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

    ARTHUR SACCO, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI") and charges as follows:

    On or about December 20, 2018, the United States District Court for the Northern District of Illinois issued a warrant for the arrest of "Gregory Alan Ritter" in connection with a Complaint charging bank robbery under case number 18 Cr. 874. Copies of the Arrest Warrant and the Complaint are attached hereto as Exhibits A and B, respectively, and incorporated by reference herein.

    I believe that GREGORY ALAN RITTER, the defendant, who was arrested by the FBI in the Southern District of New York, is the same individual as "Gregory Alan Ritter," who is wanted in the Northern District of Illinois.

    The bases of my knowledge and for the foregoing charge are, in part, as follows:

    1.   I am a Special Agent with the FBI. I have been directly involved in determining whether GREGORY ALAN RITTER, the defendant, is the same individual as the "Gregory Alan Ritter" named in the December 20, 2018, Arrest Warrant from the United States District Court for the Northern District of

Illinois. Because this Affidavit is submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my involvement in this investigation, including my conversations with investigating agents, I have learned that:

    a. On or about December 20, 2018, the United States District Court for the Northern District of Illinois issued a warrant for the arrest of "Gregory Alan Ritter."

    b. The warrant was issued in connection with a Complaint assigned criminal case number 18 Cr. 874. The basis for the warrant was the charge in the Complaint, specifically, that "Gregory Alan Ritter" had violated 18 U.S.C. § 2113(a).

3. Based on my personal involvement in this investigation, I am aware that at approximately 9:00 a.m. on December 27, 2018, GREGORY ALAN RITTER, the defendant, was arrested in the Southern District of New York by the FBI pursuant to the warrant issued by the United States District Court for the Northern District of Illinois.

4. I have reviewed photographs of the "Gregory Alan Ritter" wanted by the Northern District of Illinois. Based on this review and my interactions with GREGORY ALAN RITTER, the defendant, during his arrest, I believe that the "Gregory Alan Ritter" being sought by the Northern District of Illinois is RITTER. Furthermore, upon his arrest on December 27, 2018, RITTER stated that his name was "Greg Ritter" and provided identification bearing the name "Gregory Alan Ritter." In addition, agents in the Northern District of Illinois observed "Gregory Alan Ritter" with his mother, Beverly Ritter, who was with RITTER at the time of his arrest today.

2

WHEREFORE, deponent respectfully requests that GREGORY ALAN RITTER, the defendant, be imprisoned or bailed as the case may be.

_____
Arthur Sacco
Special Agent
Federal Bureau of Investigation

Sworn to before me this
27th day of December, 2018.

_____
THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant                                   AUSA Kaitlin Klamann (312) 353-5361

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: 18CR 874 |
| GREGORY ALAN RITTER | <u>UNDER SEAL</u>  MAGISTRATE JUDGE GILBERT |

To:   The United States Marshal and Any Authorized Officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) GREGORY ALAN RITTER, who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

   Bank Robbery

   In violation of Title 18, United States Code, Section 2113(a)

Date: <u>December 20, 2018</u>

_____
*Issuing Officer's signature*

City and state: <u>Chicago, Illinois</u>

JEFFREY T. GILBERT, U.S. MAGISTRATE JUDGE
*Printed name and title*

Bail fixed at $_____ by   _____
*Name of Judicial Officer*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: <u>GREGORY ALAN RITTER</u>

Known aliases: _____

Last known residence: <u>7228 S. Wabash Ave, Chicago IL 60619</u>

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: <u>March 27, 1960</u>

Social Security Number: _____

Height: _____

Weight: _____

Sex: <u>Male</u>

Race: <u>White</u>

Hair: _____

Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: <u>HERBERT E. HOGBERG III, Federal Bureau of Investigation (FBI), (847) 734-9833</u>

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# EXHIBIT B

AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Kaitlin Klamann (312) 353-5361

RECEIVED
DEC 20 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

GREGORY ALAN RITTER

CASE NUMBER: 18 CR 874

UNDER SEAL    MAGISTRATE JUDGE GILBERT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about December 13, 2018, at Rolling Meadows, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank robbery |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

HERBERT E. HOGBERG III
Special Agent,
Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: December 20, 2018

*Judge's signature*

City and state: Chicago, Illinois

JEFFREY T. GILBERT, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS } ss

## AFFIDAVIT

I, HERBERT E. HOGBERG III, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for 16 years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that GREGORY ALAN RITTER has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging RITTER with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, reports I have read related to this investigation, conversations I have had with others who have knowledge of the events and circumstances described herein, interviews of bank employees and witnesses, my review of surveillance photographs, and my experience and training as an FBI agent.

I.   **Facts Supporting Probable Cause**

   A.   **The December 13, 2018, Robbery of Village Bank**

   4.   According to information provided by bank employees and bank surveillance video, on or about December 13, 2018, at approximately 4:11 p.m., an individual robbed the Village Bank and Trust located at 1635 Algonquin Road, Rolling Meadows, Illinois ("Village Bank"). As detailed below, the investigation has identified RITTER as the robber.

   5.   The robber entered Village Bank at approximately 4:11 p.m. According to Village Bank surveillance footage, the robber was a white, older male wearing jeans, a black leather jacket, black gloves, black eye glasses and a black-knit hat. The surveillance footage shows the robber entered the bank carrying a small, navy, carry-on style suitcase with wheels and a brown leather handle. Witnesses further described the robber as approximately 50 years old, about 6'0" to 6'1" in height, and weighing approximately 180 to 200 pounds.

   6.   According to bank surveillance video, after entering the bank, the robber sat down in a chair near the entrance to the bank. When all of the other customers in the bank had left, the robber approached a bank employee ("Bank Employee 1"), who is a Personal Banker, at Bank Employee 1's desk.

   7.   According to Bank Employee 1:

   a.   The robber asked Bank Employee 1 for an application for a mortgage. Bank Employee 1 informed the robber that she/he only had electronic applications. The robber provided an e-mail address to Bank Employee 1, and Bank

2

Employee 1 sent the mortgage application to that email address. Later, the investigation determined that this email address was invalid.

      b.      Bank Employee 1 engaged the robber in conversation. The robber told Bank Employee 1 that he had recently moved from Connecticut, then stated words to the effect of, "Things are bad." Bank Employee 1 asked if the robber meant that he had a bad credit score. The robber responded with words to the effect of, "No, I'm gonna rob the bank, I have a gun, put your hands on the desk, or I am gonna start shooting." The robber then told Bank Employee 1 words to the effect of, "Let's walk over there," and he motioned to the teller line.

      8.      Surveillance video shows that the robber and Bank Employee 1 then approached the door to the teller area. According to Bank Employee 1, the robber told Bank Employee 1 to open the door. According to a teller in the bank ("Teller 1"), once inside the teller area, the robber approached Teller 1 and stated words to the effect of, "Don't be afraid. If you listen, you won't get hurt. Let's go to the vault." The robber, Bank Employee 1, and Teller 1 then proceeded to the vault.

      9.      According to surveillance video and statements from Bank Employee 1 and Teller 1:

      a.      Once the robber reached the vault area, he demanded that Bank Employee 1 and Teller 1 open the vault. Bank Employee 1 and Teller 1 complied with the robber's demand. The robber moved to the front of the vault, and as he walked, he dropped what appeared to be a black, semi-automatic handgun from his front right jacket pocket. The robber quickly bent and picked up the gun and put it back in his

pocket. At the vault, the robber removed what was later determined to be $146,000 in U.S. currency and some bait bills from the vault and placed it into the navy suitcase.

   b. After removing the money from the vault, the robber instructed Bank Employee 1 and Teller 1 to sit in some chairs located in the vault area. The robber then proceeded to tie the employees loosely to the chairs with duct tape he had taken from his suitcase, and placed duct tape over Teller 1's mouth. The duct tape briefly stuck to one of the robber's black gloves, so he removed the glove revealing a white latex glove that he wore underneath. The robber then asked Bank Employee 1 words to the effect of, "Do you have a front door key to lock it?" Bank Employee 1 replied no. The robber then quickly exited Village Bank.

 10. Surveillance footage shows the robber leaving the Village Bank at approximately 4:24 p.m.

### B. Identification of RITTER as the Robber

 11. Following the robbery, law enforcement collected and reviewed outside surveillance camera footage from businesses nearby to the Village Bank. Surveillance footage acquired from a nearby Meijer grocery store showed a vehicle enter the Meijer parking lot at approximately 5:21 p.m. on or about December 12, 2018. The vehicle was later determined to be a silver, Buick Terraza minivan. The surveillance footage shows that a man matching the description of the robber of the Village Bank exited the Buick Terraza at or around 4:00 p.m. on or about December 13, 2018 at which time he retrieved an item, similar in size and color to the suitcase, from the rear/trunk

of the vehicle. The video further shows that the man then walked in the direction of the Village Bank. Following the bank robbery, the surveillance video shows that the individual returned to the Buick Terraza, at which time he opened the rear door, put the suitcase into the rear/trunk area, entered the vehicle at the driver's door, and drove away from the Meijer parking lot.

12. A review of surveillance camera footage from businesses nearby to the Village Bank additionally showed the vehicle travel westbound on Algonquin Road from the area of the Meijer parking lot on or about December 12, 2018 (the day before the robbery), at approximately 9:19 a.m.

13. Law enforcement also reviewed footage from nearby traffic cameras. One nearby traffic camera captured a silver, Buick Terraza minivan traveling westbound on Algonquin Road at New Wilke Road, continuing westbound on Algonquin Road on or about December 12, 2018, at approximately 9:20 a.m. Another nearby traffic camera captured a silver, Buick Terraza minivan traveling westbound on Algonquin Road at Illinois Route 53 on or about December 12, 2018, at approximately 9:22 a.m. The traffic camera captured a picture of the vehicle, which had a Buick emblem on the rear door, and showed the vehicle's license plate number as Michigan license plate 5021K5.

14. Law enforcement ran this license plate number in law enforcement databases and located two names associated with the vehicle. A check with law enforcement databases located an Illinois Identification Card for one of the names associated with the vehicle. The Illinois Identification Card was in the name of

RITTER. I compared the Illinois Identification Card photograph for RITTER with surveillance footage from the Village Bank. In my opinion, the images depict the same individual.

15. On or about December 20, 2018, law enforcement conducted photo lineups with Bank Employee 1 and Teller 1 using RITTER's Illinois Identification Card photograph without any identifiers showing. Both Bank Employee 1 and the Teller 1 identified RITTER as the individual who robbed the Village Bank on or about December 13, 2018.

## II. Conclusion

16. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about December 13, 2018, RITTER, by intimidation, did take United States currency belonging to and in the care, custody, control, management, and possession of a bank, namely, Village Bank and Trust located at Trust located at 1635 Algonquin Road, Rolling Meadows, Illinois, the deposits of

6

which were then insured by the Federal Deposit Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

                                      FURTHER AFFIANT SAYETH NOT.

                                      _____

                                      HERBERT E. HOGBERG III
                                      Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on December 20, 2018.

_____
JEFFREY T. GILBERT
United States Magistrate Judge

7