# COMPLAINT/REMOVAL DISMISSAL
United States District Court
Southern District of New York

Mag. Dkt. No. __18-MJ-10929__   Date __9/23/2021__

USAO No. __2019R00070__

The Government respectfully requests the Court to dismiss without prejudice the

_____Complaint   __✔__ Removal Proceedings in

*United States v.* __Gregory Allen Ritter__

The Complaint/Rule 40 Affidavit was filed on __December 27, 2018__

__✔__ U.S. Marshals please withdraw warrant

/s/
ASSISTANT UNITED STATES ATTORNEY

Lindsey Keenan
(Print name)

**SO ORDERED:**

DATE: __September 24, 2021__

JAMES L. COTT
United States Magistrate Judge